# COMPLAINT FORM
(for non-prisoner filers without lawyers)

IN The United States District Court
FOR THE __Southern__ DISTRICT OF __Indiana__

(Full name of plaintiff(s))
Alastair Dominic Moton
Soleproprietorship of Drug BloKK Money
businessman                Unit Kings

vs

(Full name of defendant(s))
Joe Riggz, in his individual capacity
and in his official capacity as chief
of police and the city of Indianapolis
Terry R. Curry, in his individual capacity
and in his official capacity as ~~chief of~~ marion
county deputy prosecuting attorney and
marion county

1 16-cv-3104 JMS -MJD

Case Number:

_____
(to be supplied by clerk of court)

A.  PARTIES

1.  Plaintiff is a citizen of __Illinois-Indiana__ and resides at
    (State)
    520 E Market St
    _____
    (Address)

    (If more than one plaintiff is filing, use another piece of paper).

2.  Defendant __Joe Riggz, city of Indianapolis, Terry R. Curry, marion__
                                                              __county__ (Name)

Complaint – 1

is (if a person or private corporation) a citizen of __Indiana__
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)
worked for __Indianapolis Metro Police Dept - 200 E Washington St - E100 - Indianapolis Indiana__
__Marion County Prosecutor office - 251 E Ohio St #160 - Indianapolis Indiana__
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights; XX
2. What each defendant did; XX
3. When they did it; XX
4. Where it happened; and XX
5. Why they did it, if you know. XX

rico - mental anguish - harrashment - slander - clefamation - invasion of privacy - tort or tort action - private attractive nuisance - false arrest - falsely accused - falsely charge - pain and suffering emotional distress 1) On 6-9-15 officers of the Indianapolis Metro Police Dept named S. stauffer - L. asher. T. huddlerton - S. Romeril - V. Marshall violated my civil, constitutional rights 2) On 6-11-15 a worker of the marion county prosecutor office named terry r. curry violated my civil, constitutional rights 3) At the 5173 west washington krogers I committed a theft - conversion - shoplifting charge I only took 15.24 cents worth merchandise with no weapon, no mask, no threatening 4) It says on my paperwork that the IMPD or those 5 officers of the law picked me up for a misdemeanor theft with a prior conviction out of clinton county and added a robbery - intimidation - and added a level 6 theft two days later 5) false arrest, falsely charge, falsely accused on 6-9-15 I never robbed the krogen or threatened the two employees in my paperwork nor intimidated them either 6) This incident is the 4th false arrest, falsely charge, falsely accused incident to me in Indiana the other dates are 7-4-14. 7-14-14. 2-10-15 those 3 are out of Tippecannoe County Lafayette - west Lafayette 7) I also got 8 victim reports in Tippecannoe County Lafayette Indiana 8) My freedom of speech was violated on 6-9-15 because I told officers marshall and officer huddlerton I never threatened the kroger workers 9) My self incrimination right was violated on 6-9-15 by officer asher she said she got me on body camera stating I threatened the kroger employees 10) My equal protection of the laws - due process of law - cruel and unusual punishment - to not be discriminated against - civil - constitutional right was violated on 6-9-15 and this was either a level 6 theft cause prior conviction or conversion, shoplifting on 6-9-15 11) I think the IMPD officers violated my rights for a robbery conviction and that what I got

Complaint - 2

12) On 6-9-15 I committed a misdemeanor theft with a prior conviction and it says on my paperwork the IMPD picked me up for a prior conviction of misdemeanor theft 13) the IMPD officer also added a Level 5 robbery, Level 6 intimidation to my paperwork on 6-9-15 14) On 6-11-15 the deputy prosecuting attorney for Marion County signed off on my paperwork for a robbery, intimidation, level 6 theft and a misdemeanor theft 15) It also says on my paperwork S. Stauffer- t. Asher 32351 IMPD T. Huddleston H7855 IMPD- S. Romeril R5733 IMPD- V. Marshall 30790 IMPD were state witnesses along with Joshua Stierwalt and Kevin Ortertag the two workers at the 5173 W Washington St Krogers 16) My public defender on the 6-9-15 was courtney benson cooley for the case and she even told me my charges were only a misdemeanor theft and she said they were supposed to drop the charges back to misdemeanor or level 6 theft 17) The deputy prosecutor attorney or marion county overcharge me or falsely accused, falsely charge, falsely arrest for charges I never did 18) On 7-17-15 I had to plead guilty to a level 5 robbery cause courtney benson cooley said the state, county, prosecutor wouldn't lower the or drop the charges or I could take it to trial 19) Courtney said they had me on body camera stating I threatened the workers at the krogers joshua stierwalt and kevin ortertag that I have been waiting for in federal court for over 10 weeks now the body camera that an IMPD sergeant said it would take 2-4 weeks to come up with 20) Marion county or the deputy prosecuting attorney terry R. curry violated my freedom of speech rights- my self incrimination rights, my cruel and unusual punishment rights- due process of law rights- my equal protection of the laws rights- my to not be discriminated against rights- civil-constitutional rights 21) I also still have been having incidents with the Indianapolis Metro Police Dept 22) I have made numerous police reports or incident reports on the or workers of the Indianapolis Metro Police Dept while I'm still on probation for the falsely charge robbery 23) The dates of the incident reports on the IMPD officers are 9-20-16 invasion of privacy- officer allen keinberder-9-30-16 officer tom goodin trespassed me-10-6-16 officer david ellis forced me to leave the raymond shelby area for sleeping on the public bench and threatened to take me to jail for pan handling 10-15-16 officer or sergent rosenberg kicked me off the speedway property on south and kentucky ave cause a female cashier called the police and said I stole a refill and he paid for the refill around 1:30 am to 2:00 am 10-17-16 once again I got trespassed by a few IMPD officers on two guys property I knew from labor finders for just sitting on their porch 24) I also did 93 extra days on community correction and have 6 extra months of probation when I should be off on or around 11-9-16 I'm a sole proprietorship of my company business

---

C.  JURISDICTION

Complaint – 3

☒   I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☒   I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.   RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I would like the court to award me or my business Drug Blokk Money Unit Kingz -independent artist- tax Id owner ~~~~~~~~~~ for the civil rights violations constitutional law violations state law violations
500,000,000+o ~~~~~~
            3,000,000,000

E.  JURY DEMAND

☒  Jury Demand - I want a jury to hear my case
    OR
☐  Court Trial – I want a judge to hear my case

Dated this  21  day of  October  20 16 .

Respectfully Submitted,
businessman sole proprietorship
Alastair Dominic Moton
Signature of Plaintiff

_____
Plaintiff's Telephone Number

_____
Plaintiff's Email Address

1033 E Washington St 46202
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☒  I DO request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐  I DO NOT request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.